IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: COLOPLAST CORP.,
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL NO. 2387
_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

ORDER

(Dismissing Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice and Transferring Case to MDL 2327)

Pending in MDL 2387, 2:12-md-2387 [ECF No. 1213], is a Joint Motion to Dismiss Defendant Coloplast Corp. ("Coloplast") and Mentor Worldwide LLC ("Mentor") with Prejudice filed by the plaintiffs, identified in Exhibit A, and defendants, Coloplast[1] and Mentor[2]. Plaintiffs, identified in Exhibit A, and Coloplast and Mentor seek dismissal of this action with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims [ECF No. 1213]. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 1213]. After careful consideration, it is **ORDERED** that the **JOINT MOTION TO DISMISS COLOPLAST AND MENTOR WITH PREJUDICE**

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.

[ECF No. 1213] is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** [ECF No. 1213] is **GRANTED**. Plaintiffs' counsel states, in the Motion to Transfer, that Amended Short Form Complaints have been or will be filed against the remaining defendants. To the extent Amended Short Form Complaints have not been filed, plaintiffs' counsel is **DIRECTED** to file the appropriate Amended Short Form Complaints within 14 days of the filing of the Joint Motion. Defendants Coloplast and Mentor are **DISMISSED WITH PREJUDICE** as defendants in the action listed in Exhibit A, this action is **TRANSFERRED** to MDL 2327, and the Clerk is directed to disassociate this civil action as a member case in MDL 2387 and re-associate it with MDL 2327.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2387 and in the individual case listed in Exhibit A.

                                    ENTER: April 12, 2017

                                    JOSEPH R. GOODWIN
                                    UNITED STATES DISTRICT JUDGE

## EXHIBIT A – GROSSMAN & MOORE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-04968 | Pamela Hecht, et al. v. Mentor Worldwide LLC, et al. |